United States District Court
Southern District of Texas
**ENTERED**
May 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MADALYN D. CHAVEZ, § § Plaintiff, § VS. § WHATABURGER RESTAURANTS LLC; § aka WHATABURGER RESTAURANTS, § LP, *et al*, § § Defendants. § § § § § | CIVIL ACTION NO. 2:19-CV-00220 |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 37), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 7th day of May, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE